December 18, 2009

Mr. Joel Lawrence Israel
Sayles | Werbner
4400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

Mr. Clay Lewis Jenkins
Jenkins & Jenkins, P.C.
516 West Main Street
Waxahachie, TX 75165
Honorable John E. Neill
18th Judicial District Judge
204 S. Buffalo, Suite 304
Cleburne, TX 76033

RE: Case Number: 08-1076
 Court of Appeals Number: 10-08-00436-CV
 Trial Court Number: C200600172

Style: IN RE DEERE & COMPANY D/B/A JOHN DEERE COMPANY AND JOHN DEERE
 CONSTRUCTION & FORESTRY COMPANY

Dear Counsel:

 Today the Supreme Court of Texas issued a per curiam opinion in the
above-referenced cause. The stay order issued January 14, 2009 is lifted.
You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. David Lloyd |
| |Ms. Sharri Roessler |
| |Mr. Andrew Nathan |
| |Soule |